IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHEILA L. JONES                                                                PLAINTIFF

v.                              CIVIL NO. 08-2052

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                 DEFENDANT

### O R D E R

Now on this 18th day of August 2009, comes on for consideration the Report and Recommendation dated July 29, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 18 2009

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK

AO72A
(Rev. 8/82)